**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                              Case No: 20-11252-PGH
                                                                                    Chapter 7

MICHAEL SCOTT SCHAEFER
_____Debtor_____/

**DEBTOR'S MOTION TO ALLOW POST-PETITION CERTIFICATE**
**OF BUDGET AND CREDIT COUNSELING COURSE**

The Debtor, MICHAEL SCOTT SCHAEFER, by and through undersigned counsel, files this Motion to Allow Post-Petition Certificate of Budget and Credit Counseling Course and in support thereof state the following:

1. On January 30, 2020, the Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. Pursuant to directive from the Office of the Clerk of the United States Bankruptcy Court for the Southern District of Florida, the Debtor was required to file a Certificate of Budget and Credit Counseling Course on or before February 13, 2020.

3. Pursuant to 11 U.S.C. §§109(h) and 521(b) and Bankruptcy Rule 1007(b)(3), individual Debtors must comply with the credit counseling requirement.

4. Upon filing the instant case, due to an inadvertent oversight, the undersigned counsel learned that the Certificate of Budget and Credit Counseling Course provided by the Debtor had expired, as it was issued on April 8, 2019 (Exhibit "A").

5. On February 5, 2020, the Debtor completed the required credit counseling course for a second time and a Certificate of Budget and Credit Counseling Course (DE #10) was filed, indicating that the course was completed on February 5, 2020.

6. Since the Debtor previously completed the required Budget and Credit Counseling Course

prior to filing, albeit over six (6) months prior to the petition date, the Debtor had gained the benefit of the required credit counseling.

7. The Debtor has complied with the credit counseling requirement and no party will be prejudiced if the Debtor is allowed to proceed with this case in the normal course.

8. The §341 Meeting of Creditors was held on February 25, 2020 at 11:00 a.m. and Trustee Barmat expressed that he would be issuing a Report of No Distribution.

9. The Debtor believes that dismissal of his case may severely jeopardize his fresh start.

10. The Debtor respectfully requests that this Honorable Court allow him to proceed with the instant case in order to receive his discharge.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order granting the Motion to Allow Post-Petition Certificate of Budget and Credit Counseling Course and allow the Certificate of Budget and Credit Counseling Course (DE #10) filed on February 5, 2020 to comply with the Debtor's credit counseling requirement, and for whatever further relief this Honorable Court deems just and proper under the circumstances.

Respectfully submitted on this 25th day of February, 2020.

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
FL Bar 64500