

**ORDERED in the Southern District of Florida on March 23, 2020.**

**Paul G. Hyman, Jr.,Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:                                              CASE NO.: 20-11252-BKC-PGH

Michael Scott Schaefer,

                                                 CHAPTER 7

                 Debtor.

_____/

### ORDER DENYING EX PARTE MOTION TO ALLOW POST-PETITION CERTIFICATE OF BUDGET AND CREDIT COUNSELING COURSE (ECF NO. 14) FOR FAILURE TO PROSECUTE

     **THIS CASE** came before the Court for hearing on March 19, 2020 at 9:30 a.m. on the Debtor's Ex Parte Motion to Allow Post-Petition Certificate of Budget and Credit Counseling (the "Motion"). Neither the Debtor nor Debtor's counsel appeared at the hearing.

     As a result, it is **ORDERED** that the Motion is **DENIED** without prejudice for failure to prosecute.

###

Copies Furnished To:

Debtor

Debtor's counsel

Trustee

AUST